UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GUANTANAMERA CIGAR CO., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 08-721 (RCL) |
| ) | |
| CORPORACION HABANOS, S.A., ) | |
| ) | |
| Defendants. ) | |

## ORDER

Local Civil Rule 5.1(e)(1) requires that a plaintiff include its residence address in the caption of the complaint. The residence address for plaintiff in this matter was not provided in the caption of its Complaint [1]. Further, Local Rule 7.1 requires that in civil or agency cases where a corporation is a party, counsel of record for that party shall file a certificate listing any parent, subsidiary or affiliate of that party which, to the knowledge of counsel, has any outstanding securities in the hands of the public. Plaintiff has failed to file a Disclosure of Corporate Affiliations and Financial Interests with its Complaint. It is hereby

ORDERED that plaintiff shall, within 10 days of this date, file an Amended Complaint that complies with the Local Rules.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, April 30, 2008.