# United States District Court
# For the District of Columbia

Guantanamera Cigar Co.  )
)
)
)
vs  Plaintiff  )  Civil Action No. 08-721 (RCL)
)
Corporacion Habanos, S.A.  )
)
)
Defendant  )

## CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for __Plaintiff__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Guantanamera Cigar Co.__ which have any outstanding securities in the hands of the public:

**NONE**

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_Lisa N. Kaufman_ (Signature)

351866
BAR IDENTIFICATION NO.

Lisa N. Kaufman, Esq.
Print Name

3408 Rebecca Jane Way
Address

Alexandria, Virginia 22310
City   State   Zip Code

(703) 960-0805
Phone Number