UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GUANTANAMERA CIGAR CO.,
A Florida Corporation,
Residence address of: 285 NW 27 Avenue,
Miami, Florida 33125,

    Plaintiff
(appellant of TTAB decision),
v.

CORPORACION HABANOS, S.A.
A Cuban Entity Jointly Owned by the Cuban Government and a Spanish Entity Known as Altadis, S.A.,
Residence address of: Avenida 3ra, No. 2006 Miramar, Havana, Cuba,

    Defendant
(appellee of TTAB   decision).
_____/

CASE NO:

1:08-cv-00721 (RCL)

**NOTICE OF COUNSEL FOR DEFENDANT'S ACCEPTANCE OF SERVICE
AND
STIPULATION FOR A TWENTY (20) DAY ENLARGEMENT
OF TIME FOR DEFENDANT TO FILE RESPONSE TO COMPLAINT**

Plaintiff Guantanamera Cigar Co. (hereinafter "Plaintiff") by and through its undersign counsel, hereby provides notice to the Court that counsel for Defendant has accepted service of the complaint. In exchange for acceptance of service of the complaint, Plaintiff has stipulated to Defendant's request for additional time to file and serve a response to Plaintiff's Amended Complaint.

By way of background, Counsel for Defendant accepted service of process on May 9, 2008 under condition that Plaintiff agree to an additional twenty (20) days for Defendant to file and serve a response to the complaint. The normal twenty (20) day deadline to respond would have expired on May 29, 2008. However, due to the twenty (20) day

enlargement of time, Plaintiff has agreed that Defendant has up to and including Wednesday, June 18, 2008 within which to file and serve a response to Plaintiff's Amended Complaint

This stipulation is not made for the purpose of delay and will not cause any prejudice to any party herein. Counsel for Defendant has reviewed and agreed to the terms of this stipulation.

WHEREFORE, Plaintiff Guantanamera Cigar Corp. files this stipulation on behalf of itself and Defendant and respectfully requests that the Court set June 18, 2008 as the deadline for Defendant to file and serve a response to the complaint.

Dated May 29, 2008

                Respectfully submitted,

                By: _____ s/LISA N. KAUFMAN
                    Lisa N. Kaufman, Esq.
                    D.C. Bar No. 35166
                    Rothstein Rosenfeldt Adler
                    401 E. Las Olas Blvd., Suite 1650
                    Ft. Lauderdale, Florida 33301
                    Telephone: (954) 522-3456
                    Facsimile: (954) 527-8863
                    Email: lkaufman@rra-law.com

                    And

                    Frank Herrera
                    Florida Bar No. 494801
                    Email: fherrera@rra-law.com
                    JanPaul Guzman
                    Florida Bar No.: 16064
                    Email: jpguzman@rra-law.com
                    ROTHSTEIN ROSENFELDT ADLER
                    401 East Las Olas Blvd., Suite 1650
                    Fort Lauderdale, Florida 33301
                    Telephone: (954) 522-3456
                    Facsimile: (954) 527-8863
                    *To be admitted pro hac vice*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 29, 2008, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing is being served this day upon: David B. Goldstein, Esq., Rabinowitz, Boudin, Standard, Krinsky, & Lieberman, P.C., 111 Broadway, Suite 1102, New York, NY 10006-1901 (Tel: 212-254-1111 x103 / (Fax) 212-674-4614) either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: _s/FRANK HERRERA_____
Frank Herrera

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GUANTANAMERA CIGAR CO.,
A Florida Corporation,
Residence address of: 285 NW 27 Avenue,
Miami, Florida 33125,

    Plaintiff
(appellant of TTAB decision),
v.

CORPORACION HABANOS, S.A.
Residence address of: Avenida 3ra, No. 2006 Miramar, Havana, Cuba,

    Defendant
(appellee of TTAB decision).
_____/

**CASE NO:**

1:**08-cv-00721 (RCL)**

## ORDER

**THIS CAUSE** came before the Court upon the Parties' Stipulation for an Enlargement of Time to Respond to Plaintiff's Amended Complaint in exchange for accepting service of process. The Court has considered the Stipulation, the pertinent portions of the record, and being otherwise fully advised in the premises, it is hereby:

**ORDERED AND ADJUDGED** that the Stipulation for Enlargement of Time is **GRANTED.** Defendant shall have up to and including June 18, 2008 within which to file and serve a Response to Plaintiff's Amended Complaint.

**DONE AND ORDERED** in chambers in the District of Columbia this ___ day of _____ 2008.

_____
United States District Judge
District Court of Columbia

Copies furnished to:
All counsel of record