CO-386-online<br>10/03

# United States District Court
# For the District of Columbia

GUANTANAMERA CIGAR CO., )
)
)
)
vs            Plaintiff )  Civil Action No. 08-721 (RCL)
)
CORPORACION HABANOS, S.A., )
)
)
Defendant )

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for  Corporacion Habanos, S.A.   certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of  Corporacion Habanos, S.A.   which have any outstanding securities in the hands of the public:

None. Defendant further states that, pursuant to FRCP 7.1, it is more than 10% owned by Altadis, S.A., a Spanish corporation that was publicly held until early 2008, and that Altadis, S.A. is now 100% owned by Imperial Tobacco Group PLC, a publicly held United Kingdom corporation.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record
_____
Signature

D.D.C. Bar No. NY0034
BAR IDENTIFICATION NO.

David B. Goldstein
Print Name

111 Broadway--11th Floor
Address

New York    NY             10006-1901
City        State          Zip Code

212-254-1111
Phone Number