UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GUANTANAMERA CIGAR CO.,
A Florida Corporation,
Residence address of: 285 NW 27 Avenue,
Miami, Florida 33125,

    Plaintiff
(appellant of TTAB decision),
v.

CORPORACION HABANOS, S.A.
A Cuban Entity Jointly Owned by the Cuban Government and a Spanish Entity Known as Altadis, S.A.,
Residence address of: Avenida 3ra, No. 2006 Miramar, Havana, Cuba,

    Defendant
(appellee of TTAB    decision).
_____/

CASE NO:

1:**08-cv-00721 (RCL)**

**PROPOSED JOINT SCHEDULING REPORT**

    Pursuant to this Court's Order dated June 18, 2008, Fed.R.Civ.P. 26, and Local Rule 16.3, counsel for the parties in this case met telephonically on July 2, 2008 and again on July 3, 2008, and hereby submit this proposed Joint Scheduling Report:

    During the conference counsel for the parties discussed:

A.  Development of a case management plan;

B.   Likelihood of Settlement;

C.  Whether ADR was appropriate;

D.  Whether the case can be resolved by summary judgment or other dispositive motions; and

E. Other matters required by the Local Rules.

**Requirements of Local Rule 16.3:**

    (1)    Each Party anticipates moving for summary judgment in this matter.

(2) The Parties agree that the deadline to Amend the pleadings shall be September 2, 2008.

(3) The Parties do not consent to assigning this case to a Magistrate for trial. The Parties do not object to Magistrate jurisdiction for limited issues such as discovery disputes.

(4) The Parties agree that settlement is unlikely at this time, but have discussed the possibility of future settlement and are willing to continue to negotiate the same.

(5) The Parties have not agreed to any alternate dispute resolution procedures in this action, but remain open to the possibility of mediation at some time in the future.

(6) The Parties propose a deadline for filing dispositive motions of September 4, 2009, as this will allow for fact and expert discovery to be completed prior to motions being filed.

(7) The Parties stipulate that the deadline to exchange Initial Disclosures should be August 11, 2008.

(8) The Parties agree to a fact discovery period ending on April 3, 2009.

(9) The Parties agree as follows:
   a. Plaintiff's Rule 26(a)(2) expert disclosures shall be due on or before May 4, 2009;
   b. Discovery of Plaintiff's experts shall be completed by June 5, 2009;
   c. Defendant's expert disclosures shall be due on or before July 2, 2009;
   d. Discovery of Defendant's experts shall be completed by August 3, 2009.

   *Deleted:*

(10) This is not a class action.

(11) Neither the trial nor discovery should be bifurcated.

(12) The Parties propose that a Pretrial conference be held approximately sixty (60) days after all dispositive motions have been ruled upon, and no sooner than October 2, 2009 if no dispositive motions are filed (sixty days after the close of expert discovery).

(13) The Parties propose that a trial date be set at the final pretrial conference for 30 to 60 days after that conference. The parties believe that a trial in this matter will last approximately 3 to 4 days.

(14)  The Parties discussed the handling of discovery taken and evidence submitted in the Trademark Trial and Appeal Board proceeding. However, the Parties did not reach agreement.

(15)  There are no other matters that the Parties believe are appropriate for inclusion in this scheduling order.

Dated: July 11, 2008

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| By:     s/LISA N. KAUFMAN<br>Lisa N. Kaufman, Esq.<br>D.C. Bar No. 351866<br>3408 Rebecca Jane Way<br>Alexandria, VA 22310<br>and<br>401 E. Las Olas Blvd., Suite 1650<br>Ft. Lauderdale, Florida 33301<br>ROTHSTEIN ROSENFELDT ADLER<br>Telephone: (954) 522-3456<br>Facsimile: (954) 527-8863<br>Email: lkaufman@rra-law.com<br><br>And<br>Frank Herrera<br>Florida Bar No. 494801<br>Email: fherrera@rra-law.com<br>ROTHSTEIN ROSENFELDT ADLER<br>401 East Las Olas Blvd., Suite 1650<br>Fort Lauderdale, Florida 33301<br>Telephone: (954) 522-3456<br>Facsimile: (954) 527-8863<br>*To be admitted pro hac vice* | By: s/DAVID B. GOLDSTEIN<br>David B. Goldstein, Esq.,<br>D.D.C. Bar # NY0034<br>RABINOWITZ, BOUDIN, STANDARD,<br>KRINSKY, & LIEBERMAN, P.C.,<br>111 Broadway, Suite 1102<br>New York, New York 10006-1901<br>Telephone: (212) 254-1111 x103<br>Facsimile: (212) 674-4614<br>Email: dgoldstein@rbskl.com |

Margin annotations:
- Deleted: , and propose the following:
- Deleted: ¶ INSERT AGREEMENT IF ANY¶
- Deleted: 2
- Formatted: Font: (Default) Times New Roman, 12 pt
- Formatted: Indent: Left: 0"
- Deleted: ¶ ROTHSTEIN ROSENFELDT ADLER¶

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 11, 2008, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing is being served this day upon: David B. Goldstein, Esq., Rabinowitz, Boudin, Standard, Krinsky, & Lieberman, P.C., 111 Broadway, Suite 1102, New York, NY  10006-1901 (Tel: 212-254-1111 x103 / (Fax) 212-674-4614) either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: s/LISA KAUFMAN
Lisa Kaufman
Frank Herrera

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GUANTANAMERA CIGAR CO.,
A Florida Corporation,
Residence address of: 285 NW 27 Avenue,      **CASE NO:**
Miami, Florida 33125,

                                                  1:**08-cv-00721 (RCL)**

    Plaintiff
(appellant of TTAB decision),
v.

CORPORACION HABANOS, S.A.
Residence address of: Avenida 3ra, No.
2006 Miramar, Havana, Cuba,

    Defendant
(appellee of TTAB   decision).
_____/

**ORDER**

        THIS CAUSE came before the Court on the parties' Joint Case Management Report, (D.E. _____) filed on July 11, 2008.  Upon review of this motion, the court file and applicable law, it is hereby:

        ORDERED AND ADJUDGED that the following detailed schedule shall control:

| | |
|---|---|
| July 12, 2008 | Parties submitted the Proposed Joint Scheduling Report. |
| August 11, 2008 | Deadline to exchange initial disclosures |
| September 2, 2008 | Deadline to Amend Pleadings |
| April 3, 2009 | Deadline for completion of all fact discovery. |
| May 4, 2009 | Plaintiff to serve Rule 26(a)(2) expert disclosures |
| June 5, 2009 | Close of discovery of Plaintiff's experts |

**Deleted:** 2

July 2, 2009           Defendant to serve Rule 26(a)(2) expert disclosures

August 3, 2009         Close of discovery of Defendant's experts

September 4,, 2009     Deadline for filing dispositive motions.

Final pre-trial conference to be held no sooner than 60 days after the Court rules on dispositive motions, or by October 2, 2009, if no dispositive motions are filed.

Trial to be set to commence no sooner than 30 days after the final pretrial conference.

DONE AND ORDERED in Chambers, the District of Columbia this _____ day of _____, 2008.

> **Deleted:** The proposal set out in paragraph 14 of the Proposed Joint Pretrial Order concerning the handling of discovery taken and evidence submitted in the Trademark Trial and Appeal Board proceeding is SO ORDERED ¶
> ¶

_____
United States District Judge
District Court of Columbia

Copies furnished to:
All Counsel of record