UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GUANTANAMERA CIGAR CO.,
A Florida Corporation,
Residence address of: 285 NW 27 Avenue,
Miami, Florida 33125,

    Plaintiff
(appellant of TTAB decision),
v.

CORPORACION HABANOS, S.A.
A Cuban Entity Jointly Owned by the Cuban Government and a Spanish Entity Known as Altadis, S.A.,
Residence address of: Avenida 3ra, No. 2006 Miramar, Havana, Cuba,

    Defendant
(appellee of TTAB    decision).
_____/

CASE NO:

1:**08-cv-00721 (RCL)**

## NOTICE OF STRIKING DOCKET ENTRY

On July 11, 2008 the undersigned filed the Parties' proposed Case Management Report. (D.E. 10). However, the undersigned inadvertently filed a draft containing "redline changes."

Therefore, Plaintiff gives notice of striking D.E. 10, and will file a corrected proposed Case Management Report shortly.

Dated: July 11, 2008

                                              Respectfully submitted,

By:    s/LISA N. KAUFMAN
       Lisa N. Kaufman, Esq.
       D.C. Bar No. 351866
       3408 Rebecca Jane Way
       Alexandria, VA 22310
       and
       401 E. Las Olas Blvd., Suite 1650
       Ft. Lauderdale, Florida 33301
       ROTHSTEIN ROSENFELDT ADLER
       Telephone: (954) 522-3456
       Facsimile: (954) 527-8863
       Email: lkaufman@rra-law.com

       And
       Frank Herrera
       Florida Bar No. 494801
       Email: fherrera@rra-law.com
       ROTHSTEIN ROSENFELDT ADLER
       401 East Las Olas Blvd., Suite 1650
       Fort Lauderdale, Florida 33301
       Telephone: (954) 522-3456
       Facsimile: (954) 527-8863
       *To be admitted pro hac vice*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 11, 2008, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing is being served this day upon: David B. Goldstein, Esq., Rabinowitz, Boudin, Standard, Krinsky, & Lieberman, P.C., 111 Broadway, Suite 1102, New York, NY  10006-1901 (Tel: 212-254-1111 x103 / (Fax) 212-674-4614) either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                  By: s/LISA KAUFMAN
                                                        Lisa Kaufman
                                                        Frank Herrera

Case 1:08-cv-00721-RCL    Document 11    Filed 07/11/2008    Page 4 of 4