UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GUANTANAMERA CIGAR CO.,
A Florida Corporation,
Residence address of: 285 NW 27 Avenue,
Miami, Florida 33125,

    Plaintiff
(appellant of TTAB decision),
v.

CORPORACION HABANOS, S.A.
Residence address of: Avenida 3ra, No. 2006 Miramar, Havana, Cuba,

    Defendant
(appellee of TTAB   decision).
_____/

**CASE NO:**

1:**08-cv-00721 (RCL)**

## **ORDER**

THIS CAUSE came before the Court on the parties' Joint Case Management Report, (D.E. 12) filed on July 11, 2008. Upon review of this report, the court file and applicable law, it is hereby:

ORDERED AND ADJUDGED that the following detailed schedule shall control:

| | |
|---|---|
| August 11, 2008 | Deadline to exchange initial disclosures |
| September 2, 2008 | Deadline to Amend Pleadings |
| April 3, 2009 | Deadline for completion of all fact discovery. |
| May 4, 2009 | Plaintiff to serve Rule 26(a)(2) expert disclosures |
| June 5, 2009 | Close of discovery of Plaintiff's experts |

July 2, 2009          Defendant to serve Rule 26(a)(2) expert disclosures

August 3, 2009        Close of discovery of Defendant's experts

September 4,, 2009    Deadline for filing dispositive motions.

Status conference to be held after the Court rules on dispositive motions, or by October 2, 2009, if no dispositive motions are filed, at which time the Court will set dates for pretrial and trial.

Trial to be set to commence no sooner than 30 days after the final pretrial conference.

SO ORDERED.

Signed by Royce C. Lamberth, Chief Judge, on July 16, 2008.


Copies furnished to:
All Counsel of record